**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **HAROLD BONNEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7978** |
| **ROBERT C. TANNER, CCE, WARDEN** | **SECTION "H"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the petitioner's objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Harold Bonney's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 6th day of _____ November _____, 2019.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**